AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-cv-101

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Michael A. Hughes, U.S. Marshal (Superior Court)
was received by me on *(date)*   01/15/2020   .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Sylvia Skelton , who is
designated by law to accept service of process on behalf of *(name of organization)*
Michael A. Hughes, U.S. Marshal (Superior Court)   on *(date)*   01/15/2020   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $   0.00   for travel and $   0.00   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   01/16/2020

*Server's signature*  (signed) Maya Little

Maya Little, Investigative Specialist
*Printed name and title*

633 Indiana Avenue, NW
Washington, DC 20004

*Server's address*

Additional information regarding attempted service, etc:

District of Columbia: SS
Subscribed and Sworn to before me
this 16 day of January, 2020.
Maria Mandela Vismale, Notary Public, D.C.
My commission expires October 14, 2022