AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-cv-101

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* The United States Attorney's Office - DC
was received by me on *(date)* 01/16/2020 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Tammy Dawkins , who is designated by law to accept service of process on behalf of *(name of organization)* The United States Attorney's Office - DC on *(date)* 01/16/2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 01/16/2020

*Server's signature*

Andrew Walker Investigative Specialist
*Printed name and title*

633 Indiana Ave NW Washington, DC 2004
*Server's address*

Additional information regarding attempted service, etc:

District of Columbia
Signed and sworn to (or affirmed) before me on
January 16, 2020 By Andrew Walker
Patrick Kirby, Notary Public       Seal
My commission expires October 31, 2024.

[Notary Seal: PATRICK KIRBY, NOTARY PUBLIC, EXP. 10-31-24, DISTRICT OF COLUMBIA]