UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| N.S., *individually and on behalf of all others similarly situated*, )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>MICHAEL A. HUGHES, *in his official capacity as U.S. Marshal for the District of Columbia Superior Court*, )<br>)<br>*Defendant*. )<br>_____ ) | Case No. 1:20-cv-101-RCL |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court **GRANTS** plaintiff's motion for a preliminary injunction (ECF No. 4). Defendant and defendant's agents, subordinates, and employees are hereby preliminarily **ENJOINED** from seizing individuals for suspected civil immigration violations. It is **ORDERED** that this preliminary injunction shall take effect immediately and shall remain in effect pending final resolution of this matter.

The Court **GRANTS** plaintiff's motion for class certification (ECF No. 5) and certifies the following class:

> All indigent criminal defendants in the Superior Court for the District of Columbia: (1) who were, are, or will be detained by officers of the United States Marshals Service for suspected civil immigration violations, and (2) as to whom Immigration and Customs Enforcement has not effectuated a warrant of removal/deportation (a form I-205) and/or has not obtained an order of deportation or removal.

The Court **DENIES** as moot plaintiff's motion for discovery (ECF No. 14). Although plaintiff will be permitted to file future discovery motions, plaintiff filed this specific motion seeking expedited discovery to support his request for a preliminary injunction. Because there is

sufficient evidence to grant a preliminary injunction without expedited discovery, ordering such expedited discovery would be unnecessary and improper.

**IT IS SO ORDERED.**

Date: May 7, 2020                                             /s/
                                                         Royce C. Lamberth
                                                    United States District Court Judge