UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**N.S.**, *individually and on behalf of all others similarly situated,*

    *Plaintiff,*

v.

**ROBERT A. DIXON**, *in his official capacity as U.S. Marshal for the District of Columbia Superior Court,*

    *Defendant.*

Case No. 1:20-cv-101-RCL

## ORDER

For the reasons set forth in a forthcoming Memorandum Opinion, the Court **GRANTS IN PART** and **DENIES IN PART** plaintiff's motion for summary judgment, ECF No. 75, and **GRANTS IN PART** and **DENIES IN PART** defendant's cross-motion for summary judgment, ECF No. 84. Specifically, the Court **GRANTS** summary judgment for the plaintiff as to Claims I and II, and **GRANTS** summary judgment for the defendant as to Claim III.

Accordingly, it is hereby **ORDERED** that defendant and defendant's agents, subordinates, and employees are permanently **ENJOINED** from arresting and detaining criminal defendants in the Superior Court for the District of Columbia for suspected civil immigration violations.

It is furthered **ORDERED** that judgment be entered for the defendant as to Claim III.

It is **SO ORDERED**.

Date: September 30, 2021

                                                             Hon. Royce C. Lamberth
                                                              United States District Judge