UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| N.S., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT A. DIXON, U.S. Marshal, District of Columbia Superior Court,<br><br>Defendant. | Civ. A. No. 20-0101 (RCL) |

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that Defendant appeals to the United States Court of Appeals for the District of Columbia Circuit from this Court's September 30, 2021 Order (ECF No. 99) and Memorandum Opinion (ECF No. 100) granting Plaintiff's motion for summary judgment and denying Defendant's cross-motion for summary judgment as to Claims I and II and issuing a permanent injunction.

Dated: November 24, 2021

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

*/s/ Sean M. Tepe*

SEAN M. TEPE, DC Bar #1001323
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2533
Email: sean.tepe@usdoj.gov